

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,920-01

### EX PARTE NATHAN ANDREW HARWELL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR11-0753-01 IN THE 43RD DISTRICT COURT
### FROM PARKER COUNTY

YEARY, J., filed a dissenting opinion.

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: May 4, 2016
DO NOT PUBLISH